JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA MELENDEZ, an individual, and MICHAEL SNOW, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC, et al.,<br><br>Defendants. | No. 2:20-CV-03052-JAK-E<br><br>**ORDER RE STIPULATION OF DISMISSAL (DKT. 13)** |

Based on a review of the parties' Stipulation of Dismissal (the "Stipulation" (Dkt. 13)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This case is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: September 28, 2020

_____
John A. Kronstadt
United States District Judge